UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK M. HARDY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBALOPTIONS SERVICES, INC.,<br><br>　　　　　Defendant. | 2:14-cv-00513-APG-CWH<br><br>**<u>ORDER</u>** |

　　　　This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (#1), filed April 4, 2014.  Plaintiff requests authority to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　　Plaintiff's application is incomplete.  In question 2, Plaintiff indicates that he is "self-employed" but is "not taking a salary at this time."  The question requires that the applicant include gross pay or wages in addition to take-home pay or wages.  In accordance with question 3, the information must be completed for a period predating the application by twelve months.  To the extent that Plaintiff has received any income in the past twelve months, it must be included in the application.  Additionally, Plaintiff indicates that he has received rental income during the past twelve months, but does not state the amount received and what is expected in the future.  He simply indicates that his "rental income has ended."  The scarce information included in the application is not sufficient to permit the appropriate review, and the Court cannot determine whether Plaintiff is eligible to proceed *in forma pauperis* based on the information provided.

　　　　The Court also notes that the application appears to relate to an ongoing case: *Hardy v. GlobalOptions Services, Inc., et al.*, 2:13-cv-00514-GMN-CWH.  Pursuant to Local Rule 7-2.1, Plaintiff is obligated to provide notice of the related cases.

　　　　Based on the foregoing and good cause appearing therefore,

**IT IS ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis*.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **Wednesday, June 25, 2014**, in which to file a completed Application to Proceed *In Forma Pauperis*. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application to Proceed *In Forma Pauperis* be denied with prejudice.

Dated: May 28, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge