# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK M. HARDY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GLOBALOPTIONS SERVICES, INC.,<br><br>　　　　　Defendant. | 2:14-cv-00513-APG-CWH<br><br>**ORDER** |

　　　　On October 23, 2014, the Court entered an order denying Plaintiff's Second Motion/Application to Proceed *In Forma Pauperis* (#3) without prejudice and requiring Plaintiff to submit a new, completed application or, alternatively, to pay the filing fee. On November 20, 2014, Plaintiff paid the filing fee. Accordingly,

　　　　**IT IS HEREBY ORDERED** that the Clerk shall file Plaintiff's complaint and issue summons. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff shall 120 days after the complaint is filed to effectuate service. Failure to do so may result in dismissal of the action without prejudice.

　　　　Dated: February 10, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　C.W. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge