**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK M. HARDY,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBALOPTIONS SERVICES, INC.,<br><br>    Defendant. | 2:14-cv-00513-APG-CWH<br><br>**ORDER** |

This matter is before the Court on Defendant's Amended Motion to Compel Discovery (#20), filed June 15, 2015. The response to the motion was due by July 2, 2015, but no response has been filed. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendants Amended Motion to Compel Discovery (#20) is **granted**. Plaintiff's responses to the discovery requests are due within thirty (30) days entry of this order.

**IT IS FURTHER ORDERED** that Plaintiff shall **show cause in writing** by **August 31, 2015** why the Court should not award reasonable fees, including attorney fees, and expenses pursuant to Fed. R. Civ. P. 37(a)(5)(A) for Defendant having to file the motion. Failure to submit a **show cause brief in writing** will result in a recommendation that reasonable fees, including attorney fees, and expenses be awarded to Defendant. Failure to follow this order may also result in additional sanctions, including dismissal of the lawsuit.

Dated: July 13, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge