UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PATRICK M. HARDY,               )
                                )   Case No. 2:14-cv-00513-APG-CWH
            Plaintiff,          )
                                )   **ORDER**
vs.                             )
                                )
GLOBALOPTIONS SERVICES, INC.,   )
                                )
            Defendant.          )
_____)

     Presently before the Court is Defendant Globaloptions Services, Inc.'s Motion for Relief from Participation in the Early Neutral Evaluation Program (ECF No. 30), filed on October 13, 2015. Also before the Court is Plaintiff Patrick M. Hardy's Motion to Schedule Early Neutral Evaluation (ECF No. 31), filed on October 14, 2015. Having reviewed and considered the arguments set forth in the parties' motions, and good cause appearing, the Court finds that an early neutral evaluation session is appropriate in this case.

     IT IS THEREFORE ORDERED that Defendant Globaloptions Services, Inc.'s Motion for Relief from Participation in the Early Neutral Evaluation Program (ECF No. 30) is DENIED.

     IT IS FURTHER ORDERED that Plaintiff Patrick M. Hardy's Motion to Schedule Early Neutral Evaluation (ECF No. 31) is GRANTED.

     IT IS FURTHER ORDERED that the Clerk of Court shall assign this matter to an Early Neutral Evaluation judge, who will schedule the early neutral evaluation session.

     DATED: October 16, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**