# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK M. HARDY, )<br>          Plaintiff, )<br>vs. )<br>GLOBALOPTIONS SERVICES, INC., )<br>          Defendant. ) | Case No. 2:14-cv-00513-APG-CWH<br><br>**ORDER** |

Presently before the Court is Plaintiff Patrick M. Hardy's Motion to Consent to Electronic Filing (ECF No. 32), filed on October 13, 2015. Plaintiff requests the Court's permission to file electronically in CM/ECF, the Court's electronic filing system. Plaintiff states that in his capacity as a private investigator, he already has an active Pacer account, that he has the required equipment and software to file electronically, and that he agrees to abide by the Court's electronic filing policies and procedures. Having reviewed and considered the motion and good cause appearing,

IT IS ORDERED that Plaintiff Patrick M. Hardy's Motion to Consent to Electronic Filing (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must comply with the following procedures to activate his CM/ECF account:

   a. On or before November 9, 2015, Plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on the Court's website, www.nvd.uscourts.gov.

   b. Plaintiff is not authorized to file electronically until the certification is filed with the Court within the time frame specified.

///

c. After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: October 19, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**