# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK M. HARDY,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBALOPTIONS SERVICES, INC.,<br><br>    Defendant. | Case No. 2:14-cv-00513-APG-CWH<br><br>**ORDER (1) ACCEPTING REPORT AND RECOMMENDATION AND (2) STRIKING PLAINTIFF'S COMPLAINT AND DISMISSING WITH PREJUDICE** |

On July 15, 2016, Magistrate Judge Hoffman entered a report and recommendation recommending I strike the plaintiff's complaint and dismiss it with prejudice because the plaintiff has disobeyed several court orders and has refused to participate in discovery. ECF No. 52. Plaintiff Patrick Hardy did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I nevertheless conducted a de novo review of the issues set forth in the report and recommendation. 28 U.S.C. § 636(b)(1). Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 52) is accepted**. The plaintiff's complaint is **STRICKEN** and **DISMISSED** with prejudice. The clerk of court is directed to close this case.

DATED this 3rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE